AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida ▾

| | |
|---|---|
| BURGER KING COMPANY LLC <br><br> *Plaintiff(s)* <br><br> v. <br><br> MOHAMMAD K. JAMSHED, AHMAD ISHTIAQ, and LANDMARK & LANDMARK GROUP, LLC, a Texas limited liability company <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.   26-cv-23870-Moore |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> MOHAMMAD K. JAMSHED
> 8051 Raleigh Drive
> Fort Worth, TX 76123-2071

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Michael D. Joblove, Esq. and Jessica Serell ErenbaumEsq.
> Venable LLP
> 801 Brickell Avenue, Suite 1500
> Miami, Florida 33131
> mdjoblove@venable.com / jserenbaum@venable.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Jun 2, 2026

*s/ C. A.Weech*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

|  |  |  |
|---|---|---|
| BURGER KING COMPANY LLC | ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No.    26-cv-23870-Moore |
| MOHAMMAD K. JAMSHED, AHMAD ISHTIAQ, and LANDMARK & LANDMARK GROUP, LLC, a Texas limited liability company | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> AHMAD ISHTIAQ
> 7106 Parkwood Drive
> Sachse, TX 75048-1917

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Michael D. Joblove, Esq. and Jessica Serell ErenbaumEsq.
> Venable LLP, 801 Brickell Avenue, Suite 1500, Miami, Florida 33131
> mdjoblove@venable.com / jserenbaum@venable.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:    Jun 2, 2026

*s/ C. A.Weech*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida   ▼

|  |  |  |
|---|---|---|
| )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | | |

BURGER KING COMPANY LLC

_____
*Plaintiff(s)*

v.

Civil Action No.   **26-cv-23870-Moore**

MOHAMMAD K. JAMSHED, AHMAD ISHTIAQ,
and LANDMARK & LANDMARK GROUP, LLC,
a Texas limited liability company
_____
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> LANDMARK & LANDMARK GROUP, LLC
> By Serving Its Registered Agent: Mohammad Jamshed
> 8704 Cedar View Court
> Fort Worth, TX 76123

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Michael D. Joblove, Esq. and Jessica Serell ErenbaumEsq.
> Venable LLP, 801 Brickell Avenue, Suite 1500, Miami, Florida 33131
> mdjoblove@venable.com / jserenbaum@venable.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Jun 2, 2026
_____

*s/ C. A.Weech*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court